# H. BARRITT PETERSON, JR.
# & ASSOCIATES

ATTORNEYS AT LAW

**Employees of The Corporate Law Department**
**State Farm Mutual Automobile Insurance Company**

One West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025

Telephone: 1-800-972-0850
(410) 832-??
Facsimile: (410) 832-8080

H. Barritt Peterson, Jr.
Mary R. Cortezzo
Clifford A. Robinson
Joan I. Harris
Michael C. Michaud
Lawrence E. Ballantine
Charles A. Arcodia
Patrick A. Ferris
Lynn Zahurak Ahlers
Isaac S. Waranch

Mark R. Brown
Anthony W. Thomas
Jake E. Zellweger
Matthew P. Woods
Jennifer E. Short
John W. Conrad III
Amy E. Payne
Maria J. Roussos
Kyle Blakeley

March 3, 2003

The Honorable Catherine C. Blake
United States District Judge
United State District Court
   for the District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201

***CERTIFIED MAIL - RETURN RECEIPT REQUESTED***

Re:   <u>Stotelmyer v. Fellows</u>
      Case No:   CCB-03-210

Dear Judge Blake:

I recently received your Scheduling Order in this case dated February 21, 2003 and conferred with Plaintiff's counsel, Andrew Wilkinson.  Our only concern with respect to the dates issued in your Order is that two week trial period beginning December 15, 2003.

I had previously been instructed by this court, in the case of State Farm Fire & Casualty Co. v. Skyline Corporation, Case No. AMD-02-CV2592, in the Scheduling Order issued in that case, to reserve the two week period beginning with December 8, 2003.

Accordingly, the first week of your two week trial period, I will be unavailable because of my commitment in the State Farm v. Skyline case.

Additionally, both myself and Plaintiff's counsel, Andrew Wilkinson, have personal and family commitments surrounding the Christmas holiday, which would make it extremely difficult to try this case on the second week of that period.  Accordingly, we would request that the court issue a new two week trial period for the actual trial in this case.

The Honorable Kathryn C. Blake
3/3/2003
Page 2


If the court is kind enough to grant this request, I would be happy to contact Plaintiff's counsel and Your Honor's Chambers to come up with a two week period that is available to both counsel and the court.

Thank you for your attention to this matter.  Please feel free to call myself or Plaintiff's counsel, Mr. Wilkinson, if you have any questions or concerns.

Very truly yours,



Lawrence E. Ballantine

LEB/dt

Enclosures

cc:  Andrew F. Wilkinson, Esquire

bcc: Jennifer Hanson (Cl. No: 38-J860-642)