**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 6, 2003

Lawrence E. Ballantine, Esquire
One W. Pennsylvania Avenue
Suite 500
Towson, MD 21204

Andrew F. Wilkinson, Esquire
William S. Barton, Esquire
20 W. Washington Street
Suite 400
P.O. Box 2679
Hagerstown, MD 21740

    Re:    <u>Stotelmyer v. Fellows, Civil No. CCB-03-210</u>

Dear Counsel:

    In response to your correspondence of March 3, 2003, this will confirm a change in the Scheduling Order issued in this case to reflect that the trial of this matter is now set for the two-week period beginning **February 2, 2004**. If you consent to proceed before a Magistrate Judge in this case, the Judge to whom the case is referred will make every effort to keep the same date or in any event to work with counsel if a change needs to be made.

    Sincerely yours,

    /s/

    Catherine C. Blake
    United States District Judge

Enclosure