```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| GLORIA STOTELMYER | * |
|     Plaintiff | * |
| v. | * CIVIL ACTION NO.: CCB-03-210 |
| JAMES FELLOWS | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

    I HEREBY CERTIFY, That on this 29th day of April, 2003, a Notice of Deposition was mailed, postage prepaid, to William S. Barton, Esquire and Andrew F. Wilkinson, Esquire, P.O. Box 2679, Hagerstown, Maryland 21741-2679, Attorneys for Plaintiff. The original is being maintained in the office of the Defendant's attorney and will be made available for filing with the Court when and if required by Federal Rules of Civil Procedure.

```
                              _____
                              LAWRENCE E. BALLANTINE
                              Trial Bar No. 01948
                              Attorney for Defendant
                              1 W. Pennsylvania Ave., Ste. 500
                              Towson, Maryland  21204-5025
                              (410) 832-8012
```