# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

July 14, 2003

Andrew F. Wilkinson, Esquire
Barton & Williams
20 West Washington Street
P.O. Box 2679
Hagerstown, MD 21740

Lawrence E. Ballantine, Esquire
1 West Pennsylvania Avenue
Suite 500
Towson, MD 21204-5025

      Re:     Gloria Stotelmyer v. James Fellows, Civil No. CCB-03-210

Dear Counsel:

     Thank you for your status report of July 7, 2003. Both counsel have informed me of their clients' willingness to consent to a Magistrate Judge for all future proceedings. You should access the appropriate consent form on the court's website at www.mdd.uscourts.gov. The form is in "template8" under the name "Magistrate Judge - General Consent." The Magistrate Judge assigned will discuss their availability to follow the dates set in the court's initial scheduling order, including trial.

                                 Sincerely yours,

                                   /s/

                                 Catherine C. Blake
                                 United States District Judge